UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

    Plaintiffs,

    v.

PAUL T. BECK CONTRACTORS, INC.,

    Defendant.

_____/

No. 10-1492-EDL; 10-1493-EDL

ORDER EXCUSING ATTENDANCE
AT CASE MANAGEMENT CONFERENCE

On September 15, 2010, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for September 21, 2010 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: September 16, 2010

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge