1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  KRISTINA M. ZINNEN, Bar No. 245346
   EZEKIEL D. CARDER, Bar No. 206537
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501-1091
5  Telephone (510) 337-1001
   Facsimile (510) 337-1023
6
   Attorneys for Plaintiffs
7
   ROBERT E. ROSENTHAL, Bar No. 067343
8  ANDREW B. KREEFT, Bar No. 126673
   BOHNEN, ROSENTHAL & KREEFT
9  787 Munros Avenue, Suite 200
   P.O. Box 1111
10 Monterey, CA 93942
   Telephone (831) 649-5551
11 Facsimile (831) 649-0272

12 Attorneys for Defendants

13

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

16

17 THE BOARD OF TRUSTEES, in their          ) No.   C10-CV-01493 EDL
   capacities as Trustees of the LABORERS   )
18 HEALTH AND WELFARE TRUST FUND            )
   FOR NORTHERN CALIFORNIA; LABORERS)
19 VACATION-HOLIDAY TRUST FUND FOR          ) **STIPULATION TO EXTEND TIME**
   NORTHERN CALIFORNIA; LABORERS            ) **FOR MEDIATION;** [PROPOSED]
20 PENSION TRUST FUND FOR NORTHERN          ) **ORDER**
   CALIFORNIA; and LABORERS TRAINING        )
21 AND RETRAINING TRUST FUND FOR            )
   NORTHERN CALIFORNIA,                     )
22                                          )
           Plaintiffs,                      )
23                                          )
        v.                                  )
24                                          )
   PAUL T. BECK CONTRACTORS, INC, a         )
25 California Corporation.                  )
                                            )
26         Defendant.                       )
                                            )
27 _____ )

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Stipulation to Extend Time for Mediation; [Proposed] Order
Case No. C10-CV-01493 EDL

Plaintiffs The Board of Trustees, in their capacities as trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Plaintiffs") and Defendants, Paul T. Beck Contractors, Inc. ("Defendant"), by and through the undersigned counsel, hereby stipulate and request that the Court order that the deadline for mediation in the above-entitled action be extended to March 1, 2011. The basis for this request is that Defendant has recently informed Plaintiffs that the assets of Defendant were liquidated during a receivership. Plaintiffs therefore require additional time to investigate the information Defendant provided and to determine how to proceed in the litigation. Until more information is gathered, it appears mediation would not likely lead to a resolution of this matter. Therefore, the parties respectfully request that the Court grant the extension of the deadline to complete mediation.

Dated: December 20, 2010

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    By: /s/ Kristina M. Zinnen
        KRISTINA M. ZINNEN
        Attorneys for Plaintiffs

Dated: December 20, 2010

    BOHNEN, ROSENTHAL & KREEFT

    By: /s/ Robert E. Rosenthal
        ROBERT E. ROSENTHAL
        Attorneys for Defendant

124143/601354

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

Stipulation to Extend Time for Mediation; [Proposed] Order
Case No. C10-CV-01493 EDL

1                  ~~[PROPOSED]~~ ORDER

2    Pursuant to Stipulation, IT IS SO ORDERED.

*Elizabeth D. Laporte*

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES ~~DISTRICT COURT~~ JUDGE
                MAGISTRATE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

Stipulation to Extend Time for Mediation; [Proposed] Order
Case No. C10-CV-01493 EDL