BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

ROBERT E. ROSENTHAL, Bar No. 067343
ANDREW B. KREEFT, Bar No. 126673
BOHNEN, ROSENTHAL & KREEFT
787 Munros Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942
Telephone (831) 649-5551
Facsimile (831) 649-0272

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL T. BECK CONTRACTORS, INC, a California Corporation.<br><br>Defendant. | No. C 10-01492 EDL<br>10-01493-EDL<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF;** [PROPOSED] **ORDER** |

Plaintiffs The Board of Trustees, in their capacities as Trustees of the Cement Masons

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Stipulation to Extend Discovery Cut-Off; [Proposed] Order
Case No. C 10-01492 EDL

Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation-Holiday Trust Fund for Northern California, and Cement Masons Apprenticeship and Training Trust Fund for Northern California ("Plaintiffs") and Defendants Paul T. Beck Contractors, Inc. ("Defendant"), by and through the undersigned counsel, hereby stipulate and request that the Court order that the discovery cut-off date in the above-entitled action be extended to March 28, 2011. The basis for this request is that Defendant's Person Most Knowledgeable has been out of town and unavailable for deposition. Furthermore, Defendant recently informed Plaintiffs that the assets of Defendant were liquidated during a receivership. Plaintiffs therefore require additional time to investigate the information Defendant provided and to determine how to proceed in the litigation.

It is further stipulated that all other deadlines in the Court's scheduling order of September 21, 2010 (Document 17) shall remain unchanged.

Dated: February 23, 2011

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: /s/ Kristina M. Zinnen
               KRISTINA M. ZINNEN
               Attorneys for Plaintiffs

Dated: February 23, 2011

          BOHNEN, ROSENTHAL & KREEFT

          By: /s/ Robert E. Rosenthal
               ROBERT E. ROSENTHAL
               Attorneys for Defendant

124118/609573

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

Stipulation to Extend Discovery Cut-Off; [Proposed] Order
Case No. C 10-01492 EDL

1 ~~[PROPOSED]~~ **ORDER**

2    Pursuant to Stipulation, IT IS SO ORDERED.

3

4 Dated: Feb. 25, 2011                   *Elizabeth D. Laporte*

5                                        HONORABLE ELIZABETH D. LAPORTE
                                         UNITED STATES ~~DISTRICT COURT~~ JUDGE

- 3 -

Stipulation to Extend Discovery Cut-Off; [Proposed] Order
Case No. C 10-01492 EDL

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001