BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

ROBERT E. ROSENTHAL, Bar No. 067343
ANDREW B. KREEFT, Bar No. 126673
BOHNEN, ROSENTHAL & KREEFT
787 Munros Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942
Telephone (831) 649-5551
Facsimile (831) 649-0272

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL T. BECK CONTRACTORS, INC, a California Corporation. <br><br> Defendant. | No. C 10-01492 EDL <br> CV-10-1493 EDL <br><br> **STIPULATION TO EXTEND TIME FOR MEDIATION; [PROPOSED] ORDER** |

Plaintiffs The Board of Trustees, in their capacities as Trustees of the Cement Masons

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Stipulation to Extend Time for Mediation; [Proposed] Order
Case No. C 10-01492 EDL

- 2 -

Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation-Holiday Trust Fund for Northern California, and Cement Masons Apprenticeship and Training Trust Fund for Northern California ("Plaintiffs") and Defendants, Paul T. Beck Contractors, Inc. ("Defendant"), by and through the undersigned counsel, hereby stipulate and request that the Court order that the deadline for mediation in the above-entitled action be extended to May 1, 2011. The basis for this request is that Defendant has informed Plaintiffs that the assets of Defendant were liquidated during a receivership. Plaintiffs are currently in the process of conducting discovery regarding this new information Defendant provided and determining how it will impact the litigation. Until more information is gathered, it appears mediation would not likely lead to a resolution of this matter. Therefore, the parties respectfully request that the Court grant the extension of the deadline to complete mediation.

Dated: March 1, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Kristina M. Zinnen
            KRISTINA M. ZINNEN
            Attorneys for Plaintiffs

Dated: March 1, 2011

        BOHNEN, ROSENTHAL & KREEFT

        By: /s/ Robert E. Rosenthal
            ROBERT E. ROSENTHAL
            Attorneys for Defendant

124118/601326

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -
Stipulation to Extend Time for Mediation; [Proposed] Order
Case No. C 10-01492 EDL

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

*Elizabeth D. Laporte*
_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

Stipulation to Extend Time for Mediation; [Proposed] Order
Case No. C 10-01492 EDL