UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>              Plaintiffs,<br><br>         v.<br><br>PAUL T. BECK CONTRACTORS, INC., A California Corporation,<br><br>              Defendant. | ) No. C 10-01492 EDL<br>) No. C 10-01493 EDL<br>)<br>)<br>)<br>) **ORDER ON STIPULATED REQUEST**<br>) **TO MODIFY THE PRETRIAL ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>              Plaintiffs,<br><br>         v.<br><br>PAUL T. BECK CONTRACTORS, INC, a California Corporation.<br><br>              Defendant. | ) No. C 10-01493 EDL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br>1001 Marina Village Parkway<br>Suite 200<br>Alameda, CA 94501-1091<br>510.337.1001

1    Pursuant to Local Rule 7-12, Plaintiffs, the Board of Trustees, in their capacities as

2    Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement

3    Masons Pension Trust Fund for Northern California, Cement Masons Vacation-Holiday Trust Fund

4    for Northern California, and Cement Masons Apprenticeship and Training Trust Fund for Northern

5    California (hereinafter "Plaintiffs") and Defendant Paul T. Beck Contractors, Inc. (hereinafter

6    "Defendant"), by and through the undersigned counsel, have filed a stipulated request that the

7    Court consolidate four actions pending before multiple judges of this district (10-1492-EDL, 10-

8    1493-EDL, 10-5539-SI, and 10-5540-TEH), and modify the pretrial orders governing the

9    consolidated cases.  The Court Orders as follows:

10    1.    Request for Consolidation: Federal Rule of Civil Procedure 42(a) provides that: "If

11    actions before the court involve a common question of law or fact, the court may: (1) join for

12    hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any

13    other orders to avoid unnecessary cost or delay."   In exercising its broad discretion to order

14    consolidation, a district court "weighs the saving of time and effort consolidation would produce

15    against any inconvenience, delay, or expense that it would cause." Huene v. U.S., 743 F.2d 703,

16    704 (9th Cir.1984).  While it appears that the consolidation of the four cases may well be

17    appropriate later, the Court cannot consolidate unrelated cases not currently before it.  No party has

18    requested that cases 10-5539-SI and 10-5540-TEH, assigned to other judges of this district, be

19    related to the cases currently before this Court.  If the parties want the Court to consider

20    consolidation, they must first file a motion or stipulated request to relate cases pursuant to Local

21    Rule 3-12 and then request consolidation.

22    The Court notes that there is a pending motion to amend the complaints in cases 10-1492

23    and 10-1493, and amendment of these complaints could potentially impact whether relation and/or

24    consolidation of the cases is appropriate.  The Court has been informed that the parties have not

25    stipulated to amendment, and the parties should address how amendment of the complaints impacts

26    their motion or request to relate the cases.  The Court's decision on relation and/or consolidation

27    may be postponed until after its ruling on the motion to amend.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

ORDER ON STIPULATED REQUEST TO CONSOLIDATE ACTIONS AND TO MODIFY THE PRETRIAL ORDER
Case No. C 10-01492 (EDL)

2.  Request to Modify Pre-Trial Order:  The Court hereby modifies the initial Case Management and Pretrial Order for Court Trial (Dkt. No. 18) (hereinafter "Pretrial Order")  for cases 10-1492 and 10-1493 as follows:

| | |
|---|---|
| July 27, 2011 | Initial expert disclosures |
| August 1, 2011 | Last day to supplement and/or correct previously made disclosures |
| August 10, 2011 | Rebuttal expert disclosures |
| August 29, 2011 | Discovery cut-off |
| August 29, 2011 | Expert discovery cut-off |
| October 28, 2011 | Last day to complete mediation pursuant to Court Order. |
| November 1, 2011 | Last day to hear dispositive motions |
| January 6, 2012 | Last day to meet and confer prior to the pretrial conference |
| January 16, 2011 | Last day to file joint pretrial statement including pretrial disclosures; serve and file trial briefs and motions in limine; serve and file an exhibit list and exchange exhibits |
| January 26, 2011 | Last day to file objections to exhibits and witnesses or oppositions to motions in limine |
| February 7, 2012 | Pretrial conference and hearing on motions in limine |
| February 27, 2012 | Court trial |

The Court will address the pre-trial schedule in the other cases if and when the cases are related to and consolidated with the cases currently before the Court.

**IT IS SO ORDERED.**

Dated: June ⌊, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

ORDER ON STIPULATED REQUEST TO CONSOLIDATE ACTIONS AND TO MODIFY THE PRETRIAL ORDER
Case No. C 10-01492 (EDL)