1   Robert E. Rosenthal, Esq. (Bar# 67343)
    Andrew B. Kreeft, Esq. (Bar# 126673)
2   BOHNEN, ROSENTHAL & KREEFT
    787 Munras Avenue, Suite 200
3   P.O. Box 1111
    Monterey, CA 93942-1111
4   Telephone:  (831) 649-5551
    Facsimile:    (831) 649-0272
5   Attorneys for Defendants

6   BARRY E. HINKLE, Bar No. 071223
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
7   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
8   1001 Marina Village Parkway, Suite 200
    Alameda, CA  94501-1091
9   Telephone (510) 337-1001
    Attorneys for Plaintiffs
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  THE BOARD OF TRUSTEES, et. al,          ) No. C 10-01492 EDL
                    Plaintiffs,              ) No. C 10-01493 EDL
14                                           )
                                             )
15          v.                               )
                                             )  **STIPULATION TO ALLOW**
16  PAUL T. BECK CONTRACTORS, INC, et al.,   )  **PLAINTIFFS TO WITHDRAW THE**
                                             )  **PENDING MOTION FOR LEAVE TO**
17          Defendants.                      )  **AMEND THE COMPLAINT WITHOUT**
    _____      )  **PREJUDICE** AND ORDER THEREON
18  THE BOARD OF TRUSTEES et. al,            )
                                             )
19          Plaintiffs,                      )
    v.                                       )
20                                           )
    PAUL T. BECK CONTRACTORS, INC, a         )
21  California Corporation.                  )
                                             )
22          Defendant.                       )
                                             )
23                                           )
                                             )
24  _____

25

26

27

28

I.

**STIPULATION**

On May 20, 2011, Plaintiffs filed a Motion for Leave to Amend the Complaint.  For reasons of judicial economy, Plaintiffs have agreed and the parties hereby stipulate to allow Plaintiffs to withdraw the pending motion for leave to amend the complaint, without prejudice.


Dated: July 14, 2011

                               BOHNEN, ROSENTHAL & KREEFT


                               By:  /s/ Sergio H. Parra
                                     ROBERT E. ROSENTHAL
                                     SERGIO H. PARRA
                                     Attorneys for Defendants

Dated:  July 14, 2011

                               WEINBERG, ROGER & ROSENFELD
                               A Professional Corporation


                               By:  /s/  Concepcion E. Lozano-Batista
                                     CONCEPCION E. LOZANO-BATISTA
                                     Attorneys for Plaintiffs


II.

~~**PROPOSED**~~ **ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

IT IS SO ORDERED

Elizabeth D. Laporte

Judge Elizabeth D. Laporte

HONORABLE
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is: 787 Munras Avenue, Suite 200, P.O. Box 1111, Monterey, California 93942.

On this date, I served the foregoing document described **Stipulation to Allow Plaintiffs to Withdraw the Pending Motion for Leave to Amend the Complaint Without Prejudice** on the interested party(ies) listed below in this action as follows:

Kristina M. Zinnen
Concepcion E. Lozano-Batista
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

___**X**___ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems send an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on July 14, 2011 at Monterey, California.

Jackie Kilpatrick