1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  KRISTINA M. ZINNEN, Bar No. 245346
   EZEKIEL D. CARDER, Bar No. 206537
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their           ) No. C 10-01492 EDL
   capacities as Trustees of the CEMENT     )
12 MASONS HEALTH AND WELFARE TRUST )
   FUND FOR NORTHERN CALIFORNIA,            ) **STIPULATION REGARDING**
   CEMENT MASONS PENSION TRUST FUND )        **PLAINTIFFS' ADMINISTRATIVE**
13 FOR NORTHERN CALIFORNIA, CEMENT          ) **MOTION TO CONSIDER WHETHER**
   MASONS VACATION/HOLIDAY TRUST            ) **CASES SHOULD BE RELATED;**
14 FUND FOR NORTHERN CALIFORNIA,            ) [~~PROPOSED~~] **ORDER**
   CEMENT MASONS APPRENTICESHIP AND )
15 TRAINING TRUST FUND FOR NORTHERN )
   CALIFORNIA,                              ) **[Civil L.R. 3-12, 7-11,7-12]**
16                                          )
              Plaintiffs,                   )
17                                          )
       v.                                   )
18                                          )
   PAUL T. BECK CONTRACTORS, INC., A        )
19 California Corporation,                  )
                                            )
20            Defendant.                    )
                                            )
21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation regarding Plaintiffs' Administrative Motion To Consider Whether Cases Should Be Related; [~~Proposed~~] Order
(Case No. C 10-01492 (EDL))

## I. STIPULATION

Pursuant to Civil Local Rules 3-12, 7-11 and 7-12, the Parties, by and through the undersigned Counsel, hereby stipulate and agree to the relief sought in Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, filed concurrently herewith. Specifically, the Parties agree to relate the following cases:

- Plaintiffs the Board of Trustees, in their capacities as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation/Holiday Trust Fund for Northern California, and Cement Masons Apprenticeship and Training Trust Fund for Northern California v. PAUL T. BECK CONTRACTORS, INC., A California Corporation, Case No. C 10-01492 EDL;

- ~~The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California v. Paul T. Beck Contractors, Inc., a California Corporation, Case No. C 10-01493 CRB;~~

- Plaintiffs the Board of Trustees, in their capacities as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation/Holiday Trust Fund for Northern California, and Cement Masons Apprenticeship and Training Trust Fund for Northern California v. JAMES RAY BECK, individually and doing business as J R B GRADING & PAVING; and J R B GRADING & PAVING, Case No. 10-5539 SI; and

- Cement Masons Trust Funds v. James Ray beck Case is related to The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers

- 2 -

Stipulation regarding Plaintiffs' Administrative Motion To Consider Whether Cases Should Be Related; [Proposed] Order
(Case No. C 10-01492 (EDL))

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Training and Retraining Trust Fund for Northern California v. James Ray Beck, individually and doing business as JRB Grading & Paving, and JRB Grading & Paving, Case No. C 10-cv-05540 THE.

The Parties believe that the assignment of the action to Magistrate Judge Elizabeth D. Laporte will conserve judicial resources and promote an efficient determination of the actions.

Dated:  July 14, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:   /s/  Concepcion E. Lozano-Batista
             CONCEPCIÓN E. LOZANO-BATISTA
             Attorneys for Plaintiffs

Dated: July 14, 2011

        BOHNEN, ROSENTHAL & KREEFT

        By:    /s/ Sergio H. Parra
             ROBERT E. ROSENTHAL
             SERGIO H. PARRA
             Attorneys for Defendant

## II.   ~~PROPOSED~~ ORDER

Pursuant to the Stipulation and Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, IT IS SO ORDERED.

July 21, 2011

        _____
        HONORABLE ELIZABETH D. LAPORTE
        UNITED STATES MAGISTRATE JUDGE

124118/628189

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001