United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PAUL T. BECK CONTRACTORS, INC. et al.<br><br>　　　　Defendants.<br>_____/ | No. C-10-1492-EDL<br>No. C-10-1493-EDL<br>No. C-10-5539-EDL<br>No. C-10-5540-EDL<br><br>**ORDER CONSOLIDATING CASES** |

　　On July 21, 2011, this Court ordered that the following four cases were related: 10-1492-EDL, Board of Trustees, et al. v. Paul T. Beck Contractors, Inc; 10-1493-EDL, Board of Trustees, et al. v. Paul T. Beck Contractors, Inc; 10-5540-EDL, Board of Trustees v. James Ray Beck, et al.; and 10-5539-EDL, Board of Trustees v. James Ray Beck, et al.  Previously, the Court informed the parties that it would rule on their stipulated request to consolidate the actions when and if the cases were related before this Court.  Now that the cases have been related, the Court finds good cause for consolidating the actions.

　　Federal Rule of Civil Procedure 42(a) provides that: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its broad discretion to order consolidation, a district court "weighs the saving

of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." <u>Huene v. U.S.</u>, 743 F.2d 703, 704 (9th Cir.1984).   The Court believes that consolidation of these actions, which involve some common questions of law or fact, will promote judicial efficiency and avoid conflicting results.  <u>Id</u>.  Therefore, the four above-listed cases are hereby CONSOLIDATED.

The four consolidated cases shall be subject to the deadlines set forth in the Court's June 3, 2011 Order regarding the parties' stipulated request to modify the pre-trial order.

Going forward, all filings in the consolidated cases shall be made in the lowest number case, 10-1492-EDL, <u>Board of Trustees, et al. v. Paul T. Beck Contractors, Inc</u>, unless otherwise specified by this Court.

**IT IS SO ORDERED.**

Dated: August 12, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge