BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCÍON E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

ROBERT E. ROSENTHAL, Bar No. 067343
ANDREW B. KREEFT, Bar No. 126673
SERGIO H. PARRA, Bar No. 247682
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942
Telephone (831) 649-5551
Facsimile (831) 649-0272

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>PAUL T. BECK CONTRACTORS, INC., A California Corporation,<br><br>        Defendant. | No. C 10-01492 EDL<br><br>**STIPULATED REQUEST TO MODIFY THE PRETRIAL ORDER**  AS MODIFIED |

STIPULATED REQUEST TO MODIFY THE PRETRIAL ORDER
Case No. C 10-01492 (EDL)
Case No. C 10-01493 (EDL)

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL T. BECK CONTRACTORS, INC, a California Corporation. <br><br> Defendant. | No. C 10-01493 EDL |

Pursuant to Local Rule 7-12, Plaintiffs, the Board of Trustees, in their capacities as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation-Holiday Trust Fund for Northern California, and Cement Masons Apprenticeship and Training Trust Fund for Northern California and Plaintiffs, the Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Plaintiffs") and Defendant Paul T. Beck Contractors, Inc. (hereinafter "Defendant"), by and through the undersigned counsel, hereby stipulate and request that the Court issue an Order to modify Pretrial Order for Court Trial (Document No. 36, Case No. 10-1492; Document No. 39, Case No. 10-1493) (hereinafter "Pretrial Order") for the cases 10-1492 and 10-1493 by adding an additional 90 days to all of the deadlines/dates therein, including the trial date, pursuant to F.R.C.P. 16(b)(4).

/ / /   This order also modifies the deadlines for consolidated cases 10-5539 and 10-5540.

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATED REQUEST TO MODIFY THE PRETRIAL ORDER
Case No. C 10-01492 (EDL)
Case No. C 10-01493 (EDL)

In accordance with F.R.C.P. 16(b), the Court may modify or amend a scheduling order upon a showing of "good cause". As the Ninth Circuit has stated, this "good cause" standard "primarily considers the diligence of the party seeking the amendment." The district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension. F.R.C.P. 16(b); *Claudine Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992); *Jackson v. Laureate, Inc.*, 186 F.R.D. 605 (E.D. CA 1999).

In this case, both parties seek the amendment of the Pretrial Order. On July 26, 2011, the Court granted Plaintiffs leave to amend their complaints in these actions. (Document No. 43, Case No. 10-1492; Document No. 43, Case No. 10-1493). The same day, July 26, 2011, Plaintiffs filed and served their First Amended Complaints, which added two new defendants to these actions: James Ray Beck, individually and doing business as JRB Grading and Paving, and JRB Grading and Paving. (Document No. 46, Case No. 10-1492; Document No. 45, Case No. 10-1493.) The last day for James Ray Beck and JRB Grading and Paving to answer the First Amended Complaints is August 15, 2011. Under the current Pretrial Order, the discovery cut-off in these actions is August 29, 2011 (Document No. 36, Case No. 10-1492; Document No. 39, Case No. 10-1493). With only two weeks between the date to answer and the discovery cut-off, neither party would have an opportunity to propound discovery with respect to the claims related to the new defendants in the First Amended Complaint. Therefore, under the circumstances of this case, an extension of the discovery period and corresponding trial deadlines is warranted.

Because this Stipulated Request to Modify the Pretrial Order is supported by good cause, the parties hereby respectfully request that the Court modify the Pretrial Order by adding an additional 90 days to all of the deadlines/dates therein, as follows:

| | |
|---|---|
| November 28, 2011 | Discovery cut-off |
| November 28, 2011 | Expert discovery cut-off |
| January 26, 2012 | Last day to complete mediation pursuant to Court Order. |
| January 30, 2012 | Last day to hear dispositive motions |
| April 5, 2012 | Last day to meet and confer prior to the pretrial conference |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1

STIPULATED REQUEST TO CONSOLIDATE ACTIONS AND TO MODIFY THE PRETRIAL ORDER
Case No. C 10-01492 (EDL)
Case No. C 10-01493 (EDL)

| | | |
|---|---|---|
| 1 | April 16, 2012 | Last day to file joint pretrial statement including pretrial disclosures; serve and file trial briefs and motions in limine; serve and file an exhibit list and exchange exhibits |
| 2 | April 25, 2012 | Last day to file objections to exhibits and witnesses or oppositions to motions in limine |
| 3 | May ~~7~~ 8, 2012  Tuesday | Pretrial conference and hearing on motions in limine at 2:00 p.m. |
| 4 | May 29, 2012 | Court trial |

Additionally, the parties hereby stipulate that if and only if the Court declines to grant the Stipulated Request to Modify the Pretrial Order, each party will not oppose the other party's right to take said party's deposition after the close of discovery.

Dated: August 15, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:  /s/ Kristina M. Zinnen
             KRISTINA M. ZINNEN
             Attorneys for Plaintiffs

Dated: August 15, 2011

        BOHNEN, ROSENTHAL & KREEFT

        By:  /s/ Sergio H. Parra
             SERGIO H. PARRA
             Attorneys for Defendant

### ~~[PROPOSED]~~ ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

August 19, 2011

*/s/ Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE

124118/632489

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001