1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their            ) No. C 10-01492 EDL
   capacities as Trustees of the CEMENT      ) (Consolidated Cases)
12 MASONS HEALTH AND WELFARE TRUST           )
   FUND FOR NORTHERN CALIFORNIA,             )
13 CEMENT MASONS PENSION TRUST FUND          )
   FOR NORTHERN CALIFORNIA, CEMENT           )
14 MASONS VACATION/HOLIDAY TRUST             )
   FUND FOR NORTHERN CALIFORNIA,             ) [PROPOSED] **ORDER ON**
15 CEMENT MASONS APPRENTICESHIP AND          ) **AUTOMATIC STAY OF**
   TRAINING TRUST FUND FOR NORTHERN          ) **PROCEEDINGS PENDING**
16 CALIFORNIA,                               ) **RESOLUTION OF CHAPTER 7**
                                             ) **BANKRUPTCY**
17            Plaintiffs,                    )
                                             )
18       v.                                  )
                                             )
19 PAUL T. BECK CONTRACTORS, INC., A         )
   California Corporation; JAMES RAY BECK,   )
20 individually and doing business as J R B  )
   GRADING & PAVING, as successor in interest)
21 to PAUL T. BECK CONTRACTORS, INC.;        )
   and J R B GRADING & PAVING, as successor  )
22 in interest to PAUL T. BECK               )
   CONTRACTORS, INC.,                        )
23                                           )
              Defendants.                    )
24 _____)
                                             )
25 THE BOARD OF TRUSTEES, in their           ) No. C 10-01493 EDL
   capacities as Trustees of the LABORERS    )
26 HEALTH AND WELFARE TRUST FUND             )
   FOR NORTHERN CALIFORNIA;                  )
27 LABORERS VACATION-HOLIDAY TRUST           )
   FUND FOR NORTHERN CALIFORNIA;             )
28 LABORERS PENSION TRUST FUND FOR           )

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

|   |   |   |
|---|---|---|
| 1 | NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | ) ) ) |
| 2 |  | ) |
| 3 | Plaintiffs, | ) ) |
| 4 | v. | ) ) |
| 5 | PAUL T. BECK CONTRACTORS, INC., A California Corporation; JAMES RAY BECK, individually and doing business as J R B GRADING & PAVING, as successor in interest to PAUL T. BECK CONTRACTORS, INC.; and J R B GRADING & PAVING, as successor in interest to PAUL T. BECK CONTRACTORS, INC., | ) ) ) ) ) ) ) ) ) |
| 6 |  |  |
| 7 |  |  |
| 8 |  |  |
| 9 | Defendants. | ) ) |
| 10 |  | ) |
| 11 | THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | ) No. C 10-05539 EDL |
| 12 |  | ) ) |
| 13 |  | ) ) |
| 14 |  | ) ) |
| 15 |  | ) ) |
| 16 |  | ) ) |
| 17 | Plaintiffs, | ) ) |
| 18 | v. | ) ) |
| 19 | JAMES RAY BECK, individually and doing business as J R B GRADING & PAVING; and J R B GRADING & PAVING, | ) ) ) |
| 20 |  | ) |
| 21 | Defendants. | ) ) |
| 22 |  | ) |
| 23 | THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | ) No. C10-05540 EDL |
| 24 |  | ) ) |
| 25 |  | ) ) |
| 26 |  | ) ) |
| 27 |  | ) ) |
| 28 | Plaintiffs, | ) |

- 2 -

[Proposed] Order on Automatic Stay of Proceedings Pending Resolution of Chapter 7 Bankruptcy Case No. C 10-01492 EDL (Consolidated Cases)

|  |  |
|---|---|
| v. | ) |
| JAMES RAY BECK, individually and doing business as J R B GRADING & PAVING; and J R B GRADING & PAVING, | ) ) ) ) |
| Defendants. | ) ) |

Having received Plaintiffs' Notice of Bankruptcy Filing by James Ray Beck and Request for Stay of Action Pending Resolution of Chapter 7 Bankruptcy, THE COURT HEREBY ORDERS AS FOLLOWS:

1. This action is stayed pending further order of the Bankruptcy Court as to Defendant James Ray Beck, individually and doing business as J R B Grading & Paving; Defendant J R B Grading & Paving; Defendant James Ray Beck, individually and doing business as J R B Grading & Paving, as successor in interest to Paul T. Beck Contractors, Inc.; and Defendant J R B Grading & Paving, as successor in interest to Paul T. Beck Contractors, Inc.,.  Plaintiffs are ORDERED to advise the Court when the stay is lifted.

2. All pending dates are VACATED as to Defendant James Ray Beck, individually and doing business as J R B Grading & Paving; Defendant J R B Grading & Paving; Defendant James Ray Beck, individually and doing business as J R B Grading & Paving, as successor in interest to Paul T. Beck Contractors, Inc.; and Defendant J R B Grading & Paving, as successor in interest to Paul T. Beck Contractors, Inc.

Dated: December 22, 2011

_____
The Honorable Elizabeth D. Laporte,
United States District Court Judge

[Proposed] Order on Automatic Stay of Proceedings Pending Resolution of Chapter 7 Bankruptcy
Case No. C 10-01492 EDL (Consolidated Cases)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001