United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

        Plaintiff(s),

  v.

PAUL T. BECK,

        Defendant(s).

No. C 10-01492 EDL
C 10-01493 EDL
C 10-05539 EDL
C 10-05540 EDL

**ORDER**

These matters having been stayed pending other proceedings, and there being no further reason at this time to maintain the files as open ones for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: July 17, 2012

*Elizabeth D. Laporte*
ELIZABETH D LAPORTE
United States District Judge